

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Blaire Reid, Appellant

No. 06-15-00094-CV     v.

SSB Holdings, Inc., d/b/a Protec Laboratory, Appellee

Appeal from the 402nd District Court of Wood County, Texas (Tr. Ct. No. 2015-254). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's order granting Protec's plea to the jurisdiction and remand the cause to the trial court for further proceedings consistent with this opinion.

We further order that the appellee, SSB Holdings, Inc., d/b/a Protec Laboratory, pay all costs of this appeal.

RENDERED OCTOBER 25, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk